IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

TONY ALLEN COOLEY,

    **Plaintiff,**

    v.                                                                                                   CASE NO. 24-3240-JWl

RAZMI TAHIRKHELI, et al.,

    **Defendants.**

## MEMORANDUM AND ORDER

    Plaintiff Tony Allen Cooley, who is currently in custody at the Douglas County Jail (DCJ) in Lawrence, Kansas, filed this § 1983 action (Doc. 1) alleging that the pending state criminal charges against him should have been dismissed and that the DCJ does not provide sufficient vegan food for Plaintiff to take his medication. *Id.* at 3. Plaintiff also filed a motion to proceed in forma pauperis (IFP). (Doc. 2.)

    On December 31, 2024, the Court issued a Memorandum and Order (M&O) denying the motion to proceed IFP because Plaintiff is subject to the "three-strikes" provision under 28 U.S.C. § 1915(g) and the complaint and attachments thereto did not establish a threat of imminent danger of serious physical injury. (Doc. 3.) The M&O granted Plaintiff to and including January 31, 2025 in which to submit the full $405.00 filing fee. *Id.*

    On January 3, 2025, the Court received from Plaintiff a second motion to proceed IFP. (Doc. 4.) Nothing in that motion alters the Court's prior conclusions that Plaintiff is subject to the three-strikes provision and that he has not established that he is facing a threat of imminent danger of serious physical injury. Accordingly, the second motion to proceed IFP will be denied and Plaintiff remains obligated to pay the full $405.00 fee on or before January 31, 2025.

**IT IS THEREFORE ORDERED THAT** Plaintiff's second motion to proceed in forma pauperis (Doc. 4) is **denied.** Plaintiff remains obligated to submit the $405.00 filing fee on or before **January 31, 2025**.  The failure to submit the fee by that date will result in the dismissal of this matter without prejudice and without additional prior notice.

**IT IS SO ORDERED**.

**Dated on this 6th day of January, 2025, in Kansas City, Kansas.**

<u>s/  John W. Lungstrum</u>
**John W. Lungstrum**
**United States District Judge**